...

PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
DEC 0 2 2021
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA ANN GALLAGHER,<br><br>Defendant. | CR-21-43-BU-DLC<br><br>INDICTMENT<br><br>FALSE STATEMENT DURING A FIREARMS TRANSACTION<br>Title 18 U.S.C. § 922(a)(6) (Counts I and II)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about March 2, 2017, at Bozeman and within Gallatin County, in the State and District of Montana, the defendant, TARA ANN GALLAGHER, in connection with her acquisition of a handgun, that is a Glock 9mm pistol, from Bob Ward & Sons, Inc., Bozeman, Montana, a licensed dealer, knowingly made a false

1

and fictitious oral and written statement intended and likely to deceive such dealer, that is, at item 11(a) on ATF Form 4473, Firearms Transaction Form, dated March 2, 2017, the defendant indicated that the defendant was the actual transferee/buyer of the firearm listed on the form when in truth and fact, as the defendant well knew, she was purchasing the handgun for John Doe, a fact material to the lawfulness of her acquisition of the handgun under Chapter 44 of Title 18, all in violation of 18 U.S.C. § 922(a)(6).

## COUNT II

That on or about March 15, 2017, at Ennis and within Madison County, in the State and District of Montana, the defendant, TARA ANN GALLAGHER, in connection with her acquisition of a rifle, that is a Springfield M1A .308 rifle, from Shedhorn Sports, Ennis, Montana, a licensed dealer, knowingly made a false and fictitious oral and written statement intended and likely to deceive such dealer, that is, at item 11(a) on ATF Form 4473, Firearms Transaction Form, dated March 15, 2017, the defendant indicated that the defendant was the actual transferee/buyer of the firearm listed on the form when in truth and fact, as the defendant well knew,

//

//

//

//

she was purchasing the rifle for John Doe, a fact material to the lawfulness of her acquisition of the rifle under Chapter 44 of Title 18, all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____ for
LEIF M. JOHNSON
United States Attorney

_____ For
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney