IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA ANN GALLAGHER,<br><br>Defendant. | CR 21–43–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Tara Ann Gallagher's Unopposed Motion to Enlarge Time to File Pretrial Motions by One Business Day. (Doc. 14.) The motion states that one additional business day is necessary to review discovery and complete Ms. Gallagher's pretrial motions. (*Id.* at 2.) The United States does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 14) is GRANTED. Ms. Gallagher may file any pretrial motions on January 31, 2022.

DATED this 31st day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1