IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA ANN GALLAGHER,<br><br>Defendant. | CR 21-43-BU-DLC<br><br>ORDER |

Defendant Tara Ann Gallagher's change of plea hearing was rescheduled to April 20, 2022 at 1:30 p.m. Due to conflicts with the court's calendar,

IT IS ORDERED that Defendant's change of plea hearing is rescheduled for **April 20, 2022, at 10:00 a.m.** at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 11th day of April, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1