IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA ANN GALLAGHER,<br><br>Defendant. | CR 21–43–BU–DLC<br><br><br><br>ORDER |

The Court has been informed that at Defendant Tara Ann Gallagher's plea was not accepted at her Change of Plea Hearing on April 25, 2022.

Accordingly, IT IS ORDERED that on or before April 27, 2022, counsel for Ms. Gallagher shall file a response to this Order indicating (1) whether she intends to withdraw her Motion to Change Plea (Doc. 26) and (2) whether she intends to renew her Motion in Limine (Doc. 16).

DATED this 25th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1