IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA ANN GALLAGHER,<br><br>Defendant. | CR 21–43–BU–DLC<br><br><br><br>ORDER |

The Court held a telephonic conference concerning the trial setting in this case on May 31, 2022. As discussed on the record during the status conference, the trial in this matter will commence Monday, June 6, 2022 at the Russell Smith Federal Courthouse in Missoula, Montana. The final pretrial conference shall begin at 8:30 a.m., and the trial shall commence after the final pretrial conference concludes.

DATED this 31st day of May, 2022.

Dana L. Christensen, District Judge
United States District Court

1