AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Butte Division__ DISTRICT OF __Montana__

UNITED STATES OF AMERICA

V.

Tara Ann Gallagher

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 21-43-BU-DLC

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

Dana L. Christensen, U.S. District Judge
Name of Judge / Title of Judge

6/7/2022
Date